UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARLOS MARTINEZ

Plaintiff,

v.

J. MACOMBER, et al.,

Defendants.

No.  1:26-cv-00984-JLT-SAB (PC)

ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF SUMMONS AND COMPLAINT BY UNITED STATES MARSHALS SERVICE

(ECF No. 10)

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.  This action was removed from the Madera County Superior Court on February 4, 2026.  (ECF No. 1.)

Currently before the Court is Plaintiff's motion for appointment of the United States Marshals Service to serve the summons and complaint in this action, filed March 26, 2026.  (ECF No. 10.)  Plaintiff's motion must be denied.

The Prison Litigation Reform Act (PLRA) requires district courts to perform an initial screening of complaints in civil actions where a prisoner seeks redress from a governmental entity or employee. 28 U.S.C. § 1915A(a). The statute provides that "[o]n review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint -- (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." Id. § 1915A(b)(1-

1

2); see also Lopez v. Smith, 203 F.3d 1122, 1126-27 & n.7 (9th Cir. 2000) (en banc). Accordingly, under the PLRA, a court must first be satisfied that a prisoner complaint adequately states a claim sufficient to survive a preliminary screening before it may order service of the complaint by the United States Marshals Service.

The Court has not completed its review of the complaint. Only if the Court finds that the complaint survives the screening mandated by the PLRA -- which the Court has not yet determined in this case -- will it direct the United States Marshals Service to effect service of the summons and complaint. Accordingly, Plaintiff's motion is denied as premature and unnecessary because once a pleading survives screening under the PLRA, a separate motion requesting service is not required.

IT IS SO ORDERED.

Dated:    **April 1, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

2