**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS MARTINEZ | No.  1:26-cv-00984 JLT SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO REMAND |
| v. | |
| J. MACOMBER, et al., | (Doc. 8) |
| Defendants. | |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 20, 2026, the assigned magistrate judge issued findings and recommendations recommending plaintiff's motion to remand the action back to state court be denied.  (Doc. 8.) The Court served the findings and recommendations on the parties and notified them that any objections were due in 14 days. (*Id.* at 6, citing *Wilkerson v. Wheeler,* 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff filed objections on March 26, 2026.  (Doc. 9.)

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

1

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on March 20, 2026, (Doc. 8), are **ADOPTED IN FULL**.

2. Plaintiff's motion to remand the action, (Doc. 4), is **DENIED**.

IT IS SO ORDERED.

Dated:   **April 15, 2026**

UNITED STATES DISTRICT JUDGE

2