UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARLOS MARTINEZ

Plaintiff,

v.

J. MACOMBER, et al.,

Defendants.

No. 1:26-cv-00984-JLT-SAB (PC)

FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS

(ECF Nos. 14, 15)

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On August 18, 2026, the Court screened Plaintiff's first complaint and found that Plaintiff stated a cognizable claim for medical deliberate indifference against Defendant V. Yang. (ECF No. 14) No other claims were found to be cognizable, and Plaintiff was granted thirty days to either file an amended complaint or notify the Court of his intent to proceed only on the deliberate indifference claim. (Id.)

On September 9, 2026, Plaintiff filed a notice of intent to proceed only on the medical deliberate indifference claim against Defendant V. Yang.[1] (ECF No. 15.)

///

[1] Therein, Plaintiff also objects to the dismissal of all other claims and Defendants to preserve the issue for appeal. As stated below, Plaintiff will have the opportunity to file objections to the instant Findings and Recommendations to preserve the issue for appeal.

Based on the Plaintiff's notice, it is HEREBY RECOMMENDED that:

1. This action proceed only on Plaintiff's medical deliberate indifference claim against Defendant V. Yang; and
2. All other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within **fourteen (14)** days after being served with these Findings and Recommendations, Plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Objections, if any, shall not exceed fifteen (15) pages. Any pages filed in excess of the 15-page limit may not be considered. Exhibits shall not be filed with objections, but they may be referenced by the document and page number. No new exhibits may be filed with objections. Plaintiff is advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate [judge's] factual findings" on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **September 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge